CITY OF HARTFORD *v.* STANLEY TUCKER ET AL.
(9831)

O'CONNELL, LAVERY and HEIMAN, Js.

Argued March 31—decision released April 21, 1992

*Stanley V. Tucker,* pro se, the appellant (named defendant).

*Helen Apostolidis,* assistant corporation counsel, with whom, on the brief, were *Michael Collins,* assistant corporation counsel, and *Lisa Silvestri,* assistant corporation counsel, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded to the trial court to reset date of the foreclosure sale.